UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **LOUISE LANE** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **SHELBY COUNTY HOUSING AUTHORITY and EDWARD PEARLMAN** | **CASE NO: 11-3016-STA-tmp** |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal with Prejudice entered on June 26, 2012, this cause is hereby dismissed with prejudice.

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 6/26/2012**

                                                 **THOMAS M. GOULD**
                                                 **Clerk of Court**

                                                 **s/Terry L. Haley**
                                                 **(By)  Deputy Clerk**